

# T. A. Blackburn Law

TYRONE A. BLACKBURN
_____
MEMBER OF
NY & NJ BAR
_____
FEDERAL MEMBERSHIP
WDNY, NDNY, EDNY, SDNY, ILND & DNJ
_____
1242 EAST 80ᵀᴴ STREET, 3ᴿᴰ FLOOR
BROOKLYN, NY 11236

December 8, 2025

**Via ECF**
Hon. Jamel K. Semper, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office and Courthouse
2 Federal Square
Newark, New Jersey 07102

~and~

Hon. Stacey D. Adams, U.S.M.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

Re: <u>Yewaisis v. Union County Savings Bank et al., 2:25-cv-01536</u>

Dear Judge Semper and Judge Adams:

I am counsel for Plaintiff in the above-captioned matter. I write to inform the Court that I have complied with Judge Adams' order dated December 8, 2025. Additionally, Plaintiff respectfully requests that the Court dismiss his case **without prejudice** for lack of subject matter jurisdiction.

On July 21, 2025, the parties had a pre-motion conference before Judge Adams, and the parties agreed to the following: 1. Plaintiff will amend the complaint without opposition. 2. Defendants MTD was administratively terminated, with the option to refile in response to the amended complaint. It was understood that the Plaintiff would only have state law claims in his amended complaint, which would remove this court's jurisdiction.

On September 16, 2025, the parties wrote separate letters on the docket (*see*, ECF 30 and 31), the Defendants requested dismissal for lack of subject matter jurisdiction, and Plaintiff wrote a letter affirming his understanding that this case would be dismissed **without prejudice** due to

📞 347-342-7432   ✉ tblackburn@tablackburnlaw.com   🌐 TABlackburnlaw.com

lack of subject matter jurisdiction as the parties discussed during the July 21, 2025 conference before Judge Adams.

Plaintiffs state court complaint is drafted, and ready to be filed in Essex County as soon as this court dismisses this case **without prejudice** for lack of subject matter jurisdiction.

We thank the Court for its attention to this matter.

Respectfully Submitted,

*/s/ Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.

Cc: All counsel of record.

