

**Rodman E. Honecker**  
732.448.2534  
rhonecker@windelsmarx.com

120 Albany Street Plaza, | New Brunswick, NJ 08901  
T. 732.846.7600 | F. 732.846.8877

January 20, 2026

**VIA ECF**

Hon. Stacey D. Adams, U.S.M.J.  
United States District Court  
District of New Jersey  
U.S. Post Office and Courthouse  
2 Federal Square  
Newark, New Jersey 07102

        Re:    *Yewaisis v. Union County Savings Bank, et al.*  
               Civil Action No.: 2:25-cv-01536

Dear Judge Adams:

      We represent defendant Union County Savings Bank, along with the individual defendants made up of current and former members of its Board of Directors (collectively, the "UCSB Defendants"). We write regarding Your Honor's December 8, 2025 Text Order (ECF No. 33), which was entered in response to a letter from Plaintiff's counsel advising that he is withdrawing from active practice and pending matters before this Court (ECF No. 32). The Text Order required Plaintiff's counsel to file a substitution of counsel or a motion to withdraw by December 31, 2025. To date, Plaintiff's counsel has not complied with the Text Order. Moreover, Plaintiff's counsel has not advised the undersigned of who, if anyone, will be representing Plaintiff in this matter moving forward.

      We further note that the UCSB Defendants' motion to dismiss for lack of subject matter jurisdiction remains pending before the Court. The forgoing motion was fully briefed prior to the correspondence from Plaintiff's counsel advising of his intention to withdraw from the practice of law. Plaintiff has conceded that this Court lacks subject matter jurisdiction. *See, e.g.*, ECF No. 32. Accordingly, we believe it would be appropriate at this juncture to dismiss the Amended Complaint for lack of federal jurisdiction.

                                                      Respectfully submitted,

                                                     */s/ Rodman E. Honecker*  
                                                       Rodman E. Honecker

cc: All counsel of record (via ECF)

{41278248:1}